IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| QUINCY DEANGELO GARDNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-0848 |
| ) | |
| DAVID SEXTON, Warden, ) | Judge Trauger |
| ) | |
| Respondent. ) | |

### ORDER

Petitioner Quincy Deangelo Gardner, a prisoner in state custody at the Morgan County Correctional Complex in Wartburg, Tennessee, has filed a *pro se* petition for the writ of habeas corpus under 28 U.S.C. § 2254, challenging a conviction and sentence issued by the Davidson County Criminal Court in 2007.

As explained in the accompanying Memorandum Opinion, the court finds that Gardner is not entitled to relief on the basis of the grounds articulated in his petition. Accordingly, his petition (ECF No. 1, superseded by the signed petition at ECF No. 8) is hereby **DENIED** and this matter is **DISMISSED**.

As also discussed in the accompanying Memorandum Opinion, the court finds that none of the issues raised in the habeas petition are "adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The court therefore **DENIES** a certificate of appealability ("COA"). The movant may, however, seek a COA directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

Aleta A. Trauger
United States District Judge